IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS RODRIGUEZ, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) NO. 3:22-cv-00269 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| ASURION, LLC, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 31). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE